**COM.**

v.

**KIMMEL, G.**

**1515 MDA 2016**

Superior Court of Pennsylvania.

08/29/2017

CP–14–CR–0001402–2015
(Centre)
Affirmed/Remanded

■

**COM.**

v.

**SHOWALTER, E.**

**1805 MDA 2016**

Superior Court of Pennsylvania.

08/29/2017

CP–67–CR–0003661–2015
(York)
Affirmed

■

**COM.**

v.

**CRADDOCK, M.**

**2001 MDA 2016**

Superior Court of Pennsylvania.

08/29/2017

CP–22–CR–0000145–2013
CP–22–CR–0003903–2013

CP–22–CR–0004206–2013
CP–22–CR–0004814–2013
CP–22–CR–0005935–2012
(Dauphin)
Affirmed

■

**COM.**

v.

**HAWKES, L.**

**98 MDA 2017**

Superior Court of Pennsylvania.

08/29/2017

CP–01–CR–0001330–2015 (Adams)
Affirmed

■

**COM.**

v.

**DACENZO, F., Jr.**

**237 MDA 2017**

Superior Court of Pennsylvania.

08/29/2017

CP–41–CR–0000074–2009 (Lycoming)
Affirmed